UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF FLORIDA

MISC NO.   21-MJ-6463-AOV

IN RE CRIMINAL COMPLAINT          §          (UNDER SEAL)

## MOTION TO SEAL

The United States of America, by and through its undersigned attorney, respectfully requests that the Criminal Complaint and the Supporting Affidavit, the Arrest Warrant, the Bond Recommendation form, this Motion to Seal and any resulting Order to Seal be SEALED until the arrest of the defendant or August 13, 2022, whichever occurs first, excepting the United States Attorney's Office which may obtain copies for purposes of arrest, extradition, or any other necessary cause, for the reason that the investigation is ongoing to identify the defendant's coconspirators and to develop further evidence against the defendant and his coconspirators. Disclosure of the named pleadings could seriously jeopardize the investigation by providing an opportunity to flee from prosecution or hide to avoid arrest should knowledge of the before-mentioned documents become public.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY: *Donald F. Chase, II*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A5500077
500 E. BROWARD BOULEVARD, SUITE 700
FT. LAUDERDALE FL 33394
TEL. NO. (954) 660-5693
FAX NO. (954) 356-7336