UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF FLORIDA

MISC NO. 21-MJ-6463-AOV

IN RE CRIMINAL COMPLAINT         §         (UNDER SEAL)

### ORDER TO SEAL

The United States of America, having applied to this Court for an Order sealing the Criminal Complaint and the Supporting Affidavit, the Arrest Warrant, the Bond Recommendation form, this Motion to Seal and the Order to Seal, and the Court finding good cause:

IT IS HEREBY ORDERED that the Criminal Complaint and the Supporting Affidavit, the Arrest Warrant, the Bond Recommendation form, this Motion to Seal and the Order to Seal shall be filed under seal until the arrest of the defendant or August 13, 2022, whichever occurs first. However, the United States Attorney's Office may obtain copies for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Fort Lauderdale, Florida this 13th day of August 2021.

*Alicia O. Valle*
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc:  AUSA Donald F. Chase, II