FILED by **KS** D.C.

Sep 14, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **21-60266-CR-MOORE/SNOW**

21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

MICHAEL WILLIS,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about August 3, 2021, in Broward County, in the Southern District of Florida, the defendant,

**MICHAEL WILLIS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(vi), it is further alleged that this violation involved forty (40) grams or more of a mixture and substance containing N-phenyl-N-[ 1 - (2 - phenylethyl) - 4 - piperidinyl ] propanamide (fentanyl).

## COUNT 2

On or about August 11, 2021, in Broward County, in the Southern District of Florida, the defendant,

**MICHAEL WILLIS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Michael Willis,

_____ Defendant/.

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s) [ ] Yes [ ] No
Number of new defendants ___
Total number of counts ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect ___
4. This case will take __4__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days     [✓]
   - II  6 to 10 days    [ ]
   - III 11 to 20 days   [ ]
   - IV  21 to 60 days   [ ]
   - V   61 days and over [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) ___
   If yes: Judge_____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **21-MJ-6463-AOV**
   Related miscellaneous numbers: ___
   Defendant(s) in federal custody as of **08/18/2021**
   Defendant(s) in state custody as of ___
   Rule 20 from the District of ___
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
DONALD F. CHASE, II   Francis Viamontes (For)
Assistant United States Attorney
Court ID No.    A5500077

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** MICHAEL WILLIS

**Case No:** _____

Count #:1 and 2

Possession with Intent to Distribute Methamphetamine and Fentanyl

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(B)(vi)

**\*Max. Penalty:** Methamphetamine-Life Imprisonment (10 years mandatory minimum); at least 5 years of supervised release up to life; $10,000,000 fine; and $100 special assessment.

**\*Max. Penalty:** Fentanyl-40 Years' Imprisonment (5 years mandatory minimum); at least 4 years of supervised release up to life; $5,000,000 fine; and $100 special assessment.

Count # 2

Possession with Intent to Distribute Methamphetamine

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)

**\*Max. Penalty:** Life Imprisonment (10 years mandatory minimum); at least 5 years of supervised release up to life; $10,000,000 fine; and $100 special assessment.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**