UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60266-CR-MOORE

UNITED STATES OF AMERICA,

vs.

MICHAEL WILLIS,
                Defendant.
_____ /

## SPEEDY TRIAL REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, submits this Speedy Trial Report for the above-captioned case, pursuant to Local Rule 88.5.

The defendant was arrested on August 18, 2021. The defendant first appeared before this Court on August 20, 2021. The Grand Jury indicted the case on September 14, 2021.

Since then proceedings have occurred resulting in excludable time under Title 18, United States Code, Section 3161(h):  arraignment on September 15, 2021.

Consequently, one (1) non-excludable days has elapsed since the initial appearance of thedefendant.

The calendar call scheduled for October 21, 2021 was cancelled because the Defendant indicated his desire to plead guilty.  A change of plea has been set for November 18, 2021.

The Speedy Trial Act requires resolution of this case or a continuance of the trial of

the same on or before November 25, 2021.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:   *s/ Donald F. Chase, II*
DONALD F. CHASE, II
Assistant United States Attorney
Court ID No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel:    (954) 660-5693

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2021, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

*s/ Donald F. Chase, II*
DONALD F. CHASE II
ASSISTANT UNITED STATES ATTORNEY